1  Daniel Feder (CA Bar No. 130867)
   danfeder@pacbell.net
2  **LAW OFFICES OF DANIEL FEDER**
   332 Pine Street, Suite 700
3  San Francisco, CA  94104
   Telephone:  (415) 391-9476
4  Facsimile:  (415) 391-9432

5  Attorneys for Plaintiff
   CESAR GARCIA

6  Benjamin K. Riley (CA Bar No. 112007)
   briley@bztm.com
7  **BARTKO, ZANKEL, TARRANT & MILLER**
   900 Front Street, Suite 300
8  San Francisco, California  94111
   Telephone:  (415) 956-1900
9  Facsimile:  (415) 956-1152

10 Kerry L. Bundy (MN Bar No. 266917) *(Pro Hac Vice)*
   kbundy@faegre.com
11 Aaron Van Oort (MN Bar No. 315539) *(Pro Hac Vice)*
   avanoort@faegre.com
12 Eileen M. Hunter (MN Bar No. 336336) *(Pro Hac Vice)*
   ehunter@haegre.com
13 **FAEGRE & BENSON, LLP**
   2200 Wells Fargo Center
14 90 South Seventh Street
   Minneapolis, MN  55402
15 Telephone:  (612) 766-7000
   Facsimile:  (612) 766-1600
16
17 Attorneys for Defendants
   JANI-KING OF CALIFORNIA, INC., JANI-KING, INC.,
   and JANI-KING INTERNATIONAL, INC.
18

19                    UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21                           SAN FRANCISCO DIVISION

22 CESAR GARCIA, an individual,            )   No. 3-10-CV-05477 RS
                                           )
23           Plaintiff,                    )   **PARTIES' STIPULATION FOR**
        v.                                 )   **FILING OF PLAINTIFF'S FIRST**
24                                         )   **AMENDED COMPLAINT;**
   JANI-KING OF CALIFORNIA, INC., a Texas  )   **[~~PROPOSED~~] ORDER**
25 corporation;  JANI-KING,  INC.,  a Texas)
   corporation;  JANI-KING  INTERNATIONAL, )
26 INC., a Texas corporation; and DOES 1 through)
   100, inclusive,                         )
27                                         )
             Defendants.                   )
28                                         )

# STIPULATION

IT IS HEREBY STIPULATED by Plaintiff Cesar Garcia ("Plaintiff") and Defendants Jani-King of California, Inc., Jani-King, Inc. and Jani-King International, Inc. ("Defendants"), through their counsel, as follows:

1) Plaintiff wishes to file a First Amended Complaint;

2) All parties have reviewed Plaintiff's proposed First Amended Complaint, a copy of which is attached hereto as Exhibit 1 with all proposed new allegations set forth in bold;

3) Plaintiff contends that the proposed amendment is necessary and proper to allow him to recover all damages he suffered related to the subject matter in a single lawsuit;

4) Defendants hereby agree to the filing of Plaintiff's First Amended Complaint in this action; and

5) All parties agree that Defendants will have until April 15, 2011 to file an Answer or Rule 12(b) motion in response to Plaintiff's First Amended Complaint.

Date: March 28, 2011                **THE LAW OFFICES OF DANIEL FEDER**

_____/s/_____
DANIEL L. FEDER
Attorney for Plaintiff
CESAR GARCIA

Date: March 28, 2011                **BARTKO, ZANKEL, TARRANT & MILLER**

**FAEGRE & BENSON, LLP**

_____/s/_____
BENJAMIN RILEY
Attorneys for Defendants JANI-KING OF
CALIFORNIA, INC., JANI-KING, INC.,
and JANI-KING INTERNATIONAL, INC.

1

*Garcia v. Jani-King of California et al.*                Stipulation To File First Amended Complaint
                                                          Case No. 3-10-CV-05477 RS

**[PROPOSED] ORDER**

BASED ON THE FOREGOING, Plaintiff is authorized to file his First Amended Complaint, and Defendants shall file their response to the First Amended Complaint on or before April 15, 2011.

**IT IS SO ORDERED.**

Date: March 28, 2011

_____
Richard Seeborg
United States District Judge