1  Daniel Feder (SBN 130867)
2  **LAW OFFICES OF DANIEL FEDER**
   332 Pine Street, Suite 700
3  San Francisco, CA 94104
   Telephone: (415) 391-9476
4  Facsimile:  (415) 391-9432
5
   Attorneys for Plaintiff,
6  CESAR GARCIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JANI-KING OF CALIFORNIA, INC., a Texas corporation; JANI-KING, INC., a Texas corporation; JANI-KING INTERNATIONAL, INC., a Texas corporation; and DOES 1-100, inclusive,<br><br>Defendants. | **Case No.:** 3:10-cv-05477-MEJ<br><br>**PROPOSED ORDER REGARDING TRIAL CONTINUANCE OR IN THE ALTERNATIVE TO MODIFY SCHEDULING ORDER**<br><br>DENIED<br>Judge Richard Seeborg |

# [PROPOSED] ORDER

Pursuant Plaintiff's Motion for Administrative Relief Local Rule 7-12, the Court hereby modifies Case Management Scheduling Order as follows:

1. The parties will participate in mediation in this case on or before January 30, 2012;
2. All non-expert discovery shall be completed on or before _____; and
3. Plaintiff shall disclose his expert testimony and reports on or before _____, Defendants shall disclose its expert testimony and reports on or before _____, and all expert discovery shall be completed on or before _____.
4. The parties will attend trial on _____

**IT IS SO ORDERED.**

Dated: 12/21/11



*Garcia v. Jani-King of California, Inc., et al.*  2  ~~PROPOS~~ED ORDER
**Case No.:** 3:10-cv-05477-MEJ