1  Benjamin K. Riley (CA Bar No. 112007)
   briley@bztm.com
2  **BARTKO, ZANKEL, TARRANT & MILLER**
   900 Front Street, Suite 300
3  San Francisco, California 94111
   Telephone: (415) 956-1900
4  Facsimile: (415) 956-1152

5  Kerry L. Bundy (MN Bar No. 266917) *(Pro Hac Vice)*
   kerry.bundy@FaegreBD.com
6  Aaron Van Oort (MN Bar No. 315539) *(Pro Hac Vice)*
   aaron.vanoort@FaegreBD.com
7  Eileen M. Hunter (MN Bar No. 336336) *(Pro Hac Vice)*
   eileen.hunter@FaegreBD.com
8  Amanda Rome (MN Bar No. 391894) *Pro Hac Vice)*
   amanda.rome@FaegreBD.com
9  **FAEGRE BAKER DANIELS LLP**
   2200 Wells Fargo Center
10 90 South Seventh Street
   Minneapolis, MN 55402
11 Telephone: 612.766.7000
   Facsimile: 612.766.1600
12
   Attorneys for Defendants
13 JANI-KING OF CALIFORNIA, INC., JANI-KING, INC.,
   and JANI-KING INTERNATIONAL, INC.
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18
   CESAR GARCIA, an individual,             )  No. 3:10-CV-05477 RS
19                                          )
            Plaintiff,                      )  **STIPULATION FOR DISMISSAL OF**
20                                          )  **ACTION AND COMPLAINT WITH**
       v.                                   )  **PREJUDICE; [**~~PROPOSED~~**] ORDER**
21                                          )  **DISMISSING ACTION AND**
   JANI-KING OF CALIFORNIA, INC., a Texas   )  **COMPLAINT**
22 corporation; JANI-KING, INC., a Texas    )
   corporation; JANI-KING INTERNATIONAL,    )
23 INC., a Texas corporation; and DOES 1 through )
   100, inclusive,                          )  The Hon. Richard Seeborg
24                                          )
                                            )
25          Defendants.                     )
                                            )
26

27

28

## STIPULATION

Plaintiff Cesar Garcia ("Plaintiff") and Defendants Jani-King of California, Inc., Jani-King, Inc., and Jani-King International, Inc. (collectively "Defendants") hereby stipulate as follows:

*WHEREAS* Plaintiff and Jani-King of California, Inc. have entered into a Repurchase Agreement For Jani-King Franchise ("Repurchase Agreement") by which Jani-King of California, Inc. will repurchase Plaintiff's Jani-King franchise; and

*WHEREAS* as part of the consideration for the Repurchase Agreement, Plaintiff has agreed to dismiss this Action, including his First Amended Complaint For Damages ("Complaint") and all claims asserted therein, with prejudice.

ACCORDINGLY, pursuant to this Stipulation and the parties' Repurchase Agreement, the parties request that the Court entered the Order below dismissing this Action and Plaintiff's Complaint with prejudice.

Dated: May 9, 2012

Respectfully submitted,

LAW OFFICES OF DANIEL L. FEDER

By: _____
    Daniel L. Feder

Attorneys for Plaintiff
CESAR GARCIA

Dated: May __, 2012

BARTKO ZANKEL TARRANT & MILLER

FAEGRE BAKER DANIELS LLP

By: _____
    Benjamin K. Riley

Attorneys for Defendants
JANI-KING OF CALIFORNIA, INC., JANI-KING, INC., and JANI-KING INTERNATIONAL, INC.

-1-

2324.001/568176.1    STIPULATION DISMISSING ACTION AND COMPLAINT WITH PREJUDICE: [PROPOSED] ORDER THEREON
CASE NO. 3:10-CV-05477 RS

## STIPULATION

Plaintiff Cesar Garcia ("Plaintiff") and Defendants Jani-King of California, Inc., Jani-King, Inc., and Jani-King International, Inc. (collectively "Defendants") hereby stipulate as follows:

*WHEREAS* Plaintiff and Jani-King of California, Inc. have entered into a Repurchase Agreement For Jani-King Franchise ("Repurchase Agreement") by which Jani-King of California, Inc. will repurchase Plaintiff's Jani-King franchise; and

*WHEREAS* as part of the consideration for the Repurchase Agreement, Plaintiff has agreed to dismiss this Action, including his First Amended Complaint For Damages ("Complaint") and all claims asserted therein, with prejudice.

ACCORDINGLY, pursuant to this Stipulation and the parties' Repurchase Agreement, the parties request that the Court entered the Order below dismissing this Action and Plaintiff's Complaint with prejudice.

Dated: May __, 2012

Respectfully submitted,

LAW OFFICES OF DANIEL L. FEDER

By: _____
Daniel L. Feder

Attorneys for Plaintiff
CESAR GARCIA

Dated: May 9, 2012

BARTKO ZANKEL TARRANT & MILLER

FAEGRE BAKER DANIELS LLP

By: _____
Benjamin K. Riley

Attorneys for Defendants
JANI-KING OF CALIFORNIA, INC., JANI-KING, INC., and JANI-KING INTERNATIONAL, INC.

2324.001/568176.1

STIPULATION DISMISSING ACTION AND COMPLAINT WITH PREJUDICE; [PROPOSED] ORDER THEREON
CASE NO. 3:10-CV-05477 RS

**[PROPOSED] ORDER**

Pursuant to the terms of the above Stipulation and good cause shown therefor,

**IT IS HEREBY ORDERED** that this Action, including Plaintiff's First Amended Complaint For Damages and all claims and causes of action asserted therein, is dismissed with prejudice.

Dated: 5/10/12

_____
The Honorable Richard Seeborg
United States District Judge

-2-

2324.001/568176.1                STIPULATION DISMISSING ACTION AND COMPLAINT WITH PREJUDICE;
[PROPOSED] ORDER THEREON
CASE NO. 3:10-CV-05477 RS