1  Benjamin K. Riley (CA Bar No. 112007)
   briley@bztm.com
2  **BARTKO, ZANKEL, TARRANT & MILLER**
   900 Front Street, Suite 300
3  San Francisco, California  94111
   Telephone:  (415) 956-1900
4  Facsimile:  (415) 956-1152

5  Kerry L. Bundy (MN Bar No. 266917) *(Pro Hac Vice)*
   kerry.bundy@FaegreBD.com
6  Aaron Van Oort (MN Bar No. 315539) *(Pro Hac Vice)*
   aaron.vanoort@FaegreBD.com
7  Eileen M. Hunter (MN Bar No. 336336) *(Pro Hac Vice)*
   eileen.hunter@FaegreBD.com
8  Amanda Rome (MN Bar No. 391894) *Pro Hac Vice)*
   amanda.rome@FaegreBD.com
9  **FAEGRE BAKER DANIELS LLP**
   2200 Wells Fargo Center
10 90 South Seventh Street
   Minneapolis, MN  55402
11 Telephone:  612.766.7000
   Facsimile:  612.766.1600
12
   Attorneys for Defendants
13 JANI-KING OF CALIFORNIA, INC., JANI-KING, INC.,
   and JANI-KING INTERNATIONAL, INC.
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18

19 CESAR GARCIA, an individual,            )  No. 3:10-CV-05477 RS
                                           )
20          Plaintiff,                     )  **STIPULATION FOR DISMISSAL OF**
                                           )  **ACTION AND COMPLAINT WITH**
21     v.                                  )  **PREJUDICE; [PROPOSED] ORDER**
                                           )  **DISMISSING ACTION AND**
22 JANI-KING OF CALIFORNIA, INC., a Texas  )  **COMPLAINT**
   corporation; JANI-KING, INC., a Texas   )
23 corporation; JANI-KING INTERNATIONAL,   )
   INC., a Texas corporation; and DOES 1 through )  The Hon. Richard Seeborg
24 100, inclusive,                         )
                                           )
25          Defendants.                    )
   _____)

26

27

28

STIPULATION DISMISSING ACTION AND COMPLAINT WITH PREJUDICE;
                                       [PROPOSED] ORDER THEREON
                                       CASE NO. 3:10-CV-05477 RS

1

## STIPULATION

2    Plaintiff Cesar Garcia ("Plaintiff") and Defendants Jani-King of California, Inc.; Jani-

3 King, Inc., and Jani-King International, Inc. (collectively "Defendants") hereby stipulate as

4 follows:

5    *WHEREAS* Plaintiff and Jani-King of California, Inc. have entered into a Repurchase

6 Agreement For Jani-King Franchise ("Repurchase Agreement") by which Jani-King of California,

7 Inc. will repurchase Plaintiff's Jani-King franchise; and

8    *WHEREAS* as part of the consideration for the Repurchase Agreement, Plaintiff has agreed

9 to dismiss this Action, including his First Amended Complaint For Damages ("Complaint") and

10 all claims asserted therein, with prejudice.

11    ACCORDINGLY, pursuant to this Stipulation and the parties' Repurchase Agreement, the

12 parties request that the Court entered the Order below dismissing this Action and Plaintiff's

13 Complaint with prejudice.

14 Dated:  May 9, 2012                     Respectfully submitted,

15                                        LAW OFFICES OF DANIEL L. FEDER

16

17                                        By: _____

18                                             Daniel L. Feder

19                                        Attorneys for Plaintiff
                                          CESAR GARCIA
20

21 Dated:  May __, 2012                   BARTKO ZANKEL TARRANT & MILLER

22                                        FAEGRE BAKER DANIELS LLP

23

24                                        By: _____
                                             Benjamin K. Riley
25
                                          Attorneys for Defendants
26                                        JANI-KING OF CALIFORNIA, INC., JANI-KING,
                                          INC., and JANI-KING INTERNATIONAL, INC.
27

28

-1-

1

**STIPULATION**

2      Plaintiff Cesar Garcia ("Plaintiff") and Defendants Jani-King of California, Inc., Jani-

3  King, Inc., and Jani-King International, Inc. (collectively "Defendants") hereby stipulate as

4  follows:

5      *WHEREAS* Plaintiff and Jani-King of California, Inc. have entered into a Repurchase

6  Agreement For Jani-King Franchise ("Repurchase Agreement") by which Jani-King of California,

7  Inc. will repurchase Plaintiff's Jani-King franchise; and

8      *WHEREAS* as part of the consideration for the Repurchase Agreement, Plaintiff has agreed

9  to dismiss this Action, including his First Amended Complaint For Damages ("Complaint") and

10  all claims asserted therein, with prejudice.

11      ACCORDINGLY, pursuant to this Stipulation and the parties' Repurchase Agreement, the

12  parties request that the Court entered the Order below dismissing this Action and Plaintiff's

13  Complaint with prejudice.

14  Dated:  May __, 2012                    Respectfully submitted,

15                                          LAW OFFICES OF DANIEL L. FEDER

16

17                                          By: _____

18                                                  Daniel L. Feder

19                                          Attorneys for Plaintiff
                                            CESAR GARCIA

20
21  Dated:  May 9, 2012                     BARTKO ZANKEL TARRANT & MILLER

                                            FAEGRE BAKER DANIELS LLP
22

23

24  By: _____
                                                  Benjamin K. Riley

25                                          Attorneys for Defendants
                                            JANI-KING OF CALIFORNIA, INC., JANI-KING,
26                                          INC., and JANI-KING INTERNATIONAL, INC.

27

28

-1-

1

### [PROPOSED] ORDER

2        Pursuant to the terms of the above Stipulation and good cause shown therefor,

3        **IT IS HEREBY ORDERED** that this Action, including Plaintiff's First Amended

4   Complaint For Damages and all claims and causes of action asserted therein, is dismissed with

5   prejudice.

6

7   Dated:  5/10/12 _____

8                                        The Honorable Richard Seeborg
                                         United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-